**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARL MAXWELL SMITH-BEY, | : | Civil No. 3:14-cv-2029 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WILLIAM ALTMANSHOFER, | : | |
| Defendant | : | |

FILED
SCRANTON

NOV 0 8 2022

PER _____ DEPUTY CLERK

**ORDER**

**AND NOW**, this _____ day of November, 2022, upon consideration of Plaintiff's

second motion[1] (Doc. 25) for relief from judgment pursuant to Federal Rule of Civil

Procedure 60(b), wherein he seeks reconsideration of the Court's Order entered on July 6,

2015 (Doc. 21), and it appearing that Plaintiff's present motion filed on November 7, 2022 is

patently untimely, as he filed the motion more than one year after the Court dismissed his

case, and the Court finding that the instant motion filed more than seven years after the July

6, 2015 Order is not a "reasonable time", *see* FED. R. CIV. P. 60(c)(1) ("[a] motion under

Rule 60(b) must be made within a reasonable time--and for reasons (1), (2), and (3) no

more than a year after the entry of the judgment or order or the date of the proceeding"),

---

[1]   Plaintiff's instant motion is a duplicate copy of his previous motion for relief from judgment filed
on October 27, 2022. (*See* Doc. 23).

**IT IS HEREBY ORDERED THAT** the Rule 60(b) motion (Doc. 25) is **DENIED** as untimely.

Robert D. Mariani
United States District Judge